COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE:  GRAHAM BROTHERS | | No. 08-10-00035-CV |
| ENTERTAINMENT, INC. AND | § | |
| GRAHAM ENTERTAINMENT | | AN ORIGINAL PROCEEDING |
| COMPLEX, INC., | § | |
| | | IN MANDAMUS |
| RELATORS | § | |
| | § | |

**MEMORANDUM OPINION**
**ON PETITION FOR WRIT OF MANDAMUS**

Relators, Graham Brothers Entertainment, Inc. and Graham Entertainment Complex, Inc., ask this Court to issue a writ of mandamus against the Honorable M. Sue Kurita, Judge of the County Court at Law No. 6 of El Paso County.  To be entitled to mandamus relief, a relator must meet two requirements.  First, the relator must show that the trial court clearly abused its discretion.  *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal.  *Id*. at 135-36.  Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief. Accordingly, we deny mandamus relief.  *See* TEX.R.APP.P. 52.8(a).  Further, we withdraw our order dated February 15, 2010 granting Relator's request for temporary relief.  *See* TEX.R.APP.P. 52.10.


February 24, 2010

                                        DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.